USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

AYODELE ADESANYA,

                      Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 726 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for Wednesday, January 15, 2020, is adjourned to February 19, 2020, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
January 7, 2020

                                            KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE